UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24560-CIV-ALTONAGA/O'Sullivan

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Petitioner,

vs.

ANWAR HOSSAIN; MOHAMMED ISLAM;
ABDUL WADUD-KHAN; MD OSMAN SHOHAG;
MONIR HOSSAIN; MD ABDUL OWAYID;
MOHAMMED ANAM; ABDUL AWAL;
ABDUL KADER HELAL; and
MAHMUDAL HASSAN,

Respondents.
_______________________________________________/

PETITIONER'S DECEMBER 30, 2015 STATUS REPORT

Petitioner, Department of Homeland Security, Immigration and Customs Enforcement, file its December 30, 2015 Status Report and states:

1. On December 22, 2015, after the Court's issuance of its Order, all ten respondents began eating voluntarily, and have continued to do so to date.

2. If respondents continue to eat, petitioner will file a notice of voluntary dismissal on Tuesday, January 6, 2016.

DATED: December 30, 2015

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/ Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney

Fla. Bar No. 0936693
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

Attorney for Petitioner

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this 30th day of December, 2015 to: ANWAR HOSSAIN; MOHAMMED ISLAM; ABDUL WADUD-KHAN; MD OSMAN SHOHAG; MONIR HOSSAIN; MD ABDUL OWAYID; MOHAMMED ANAM; ABDUL AWAL; ABDUL KADER HELAL; and MAHMUDAL HASSAN, Krome Service Processing Center, 18201 S.W. 12th Street, Miami, Florida 33194.

___s/ Dexter A. Lee________________
DEXTER A. LEE
Assistant U.S. Attorney