UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24560-CIV-ALTONAGA/O'Sullivan

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

Petitioner,

vs.

ANWAR HOSSAIN; MOHAMMED ISLAM;
ABDUL WADUD-KHAN; MD OSMAN SHOHAG;
MONIR HOSSAIN; MD ABDUL OWAYID;
MOHAMMED ANAM; ABDUL AWAL;
ABDUL KADER HELAL; and
MAHMUDAL HASSAN,

Respondents.
_______________________________________/

PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

Petitioner, Department of Homeland Security, Immigration and Customs Enforcement, files its Notice of Voluntary Dismissal, and states:

1. Petitioner ICE voluntarily dismisses all ten respondents, who continue to consume food and water, and submit to necessary medical testing.

2. This dismissal is pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and is without prejudice.

DATED: January 5, 2016

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: ___s/ Dexter A. Lee_______________
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693

99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

ATTORNEY FOR PETITIONER

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by hand-delivery this 5th day of January 2016, on Anwar Hossain; Mohammed Islam; Abdul Wadud-Khan; MD Osman Shohag; Monir Hossain; MD Abdul Owayid; Mohammed Anam; Abdul Awal; Abdul Kader Helal; and Mahmudal Hasan, Krome Service Processing Center, 18201 S.W. 12th Street, Miami, Florida 33194.

s/ Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney